EDWARD GARCIA, Bar No. 173487
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA 94111
(415) 273-6500
(415) 273-6535
edgarcia@braggkuluva.com

Attorneys for Defendant,
Check into Cash of California, Inc. (erroneously sued herein as Check Into Cash)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA DIXON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHECK INTO CASH, A BUSINESS ENTITY FORM UNKNOWN AND DOES 1-50,<br><br>    Defendants. | CASE NO. 3:10-CV-01571-MEJ<br><br>**NOTICE OF SETTLEMENT**<br><br>ORDER VACATING CMC |

Notice is hereby given that the above-captioned action was settled by Plaintiff Paula Dixon and Defendant Check into Cash of California, Inc. A Stipulation of Dismissal will be filed by the parties within 30 days.

DATED: June 17, 2010                    LAW OFFICES OF MICHAEL J. REED

                                        By: /s/_____
                                            MICHAEL REED
                                            Attorney for Plaintiff
                                            Paula Dixon

DATED: June 17, 2010                    BRAGG & KULUVA

The July 22, 2010
CMC is VACATED                          By: /s/_____
pending dismissal.                          EDWARD GARCIA
                                            Attorney for Defendant
Dated: June 28, 2010                        Check into Cash of California, Inc.

*IT IS SO ORDERED — Judge Maria-Elena James*

1
NOTICE OF SETTLEMENT