EDWARD GARCIA, Bar No. 173487
BRAGG & KULUVA
Embarcadero Center West
275 Battery Street, Suite 1100
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535

Attorneys for Defendant,
Check Into Cash, Inc.

*GRANTED — Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA DIXON,<br><br>            Plaintiff,<br><br>    vs.<br><br>CHECK INTO CASH, A BUSINESS ENTITY FORM UNKNOWN AND DOES 1-50,<br><br>            Defendants. | CASE NO. 3:10-CV-01571-MEJ<br><br>**STIPULATION OF DISMISSAL** |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

                                                            LAW OFFICES OF MICHAEL J. REID

DATED: June 18, 2010                   By:  /s/ Michael J. Reed_____
                                                                  MICHAEL J. REED
                                                                  Attorney for Plaintiff
                                                                  PAULA DIXON


                                                            BRAGG & KULUVA

DATED: June 7, 2010                    By:  /s/ Edward Garcia_____
                                                                  EDWARD GARCIA
                                                                  Attorney for Defendant
                                                                  CHECK INTO CASH